Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PI-NET INTERNATIONAL, INC., | Case No. |
| Plaintiff, | CV 12-04036 PSG (JEMx) |
| v. | **[PROPOSED]** **STIPULATED PROTECTIVE ORDER FOR LITIGATION INVOLVING PATENTS, HIGHLY SENSITIVE CONFIDENTIAL INFORMATION** |
| AVIS BUDGET GROUP, INC. AND AVIS BUDGET CAR RENTAL LLC | |
| Defendants. | |
| AVIS BUDGET GROUP, INC. AND AVIS BUDGET CAR RENTAL LLC | |
| Counterclaim Plaintiffs, | Courtroom: 880- 8th Floor |
| v. | Judge: Philip S. Gutierrez |
| PI-NET INTERNATIONAL, INC., | Magistrate Judge: John E. McDermott |
| Counterclaim Defendant. | Complaint Filed: May 9, 2012 |
| | Trial Date: June 24, 2014 |

(Note: "PROPOSED" appears struck through.)

**IT IS HEREBY ORDERED,** good cause appearing, that the terms of the Stipulated Protective Order for Litigation Involving Patents, Highly Sensitive Confidential Information as agreed upon by the Parties in the above-consolidated action meet with the approval of the Court and that the Stipulated Protective Order for Litigation Involving Patents, Highly Sensitive Confidential Information is **GRANTED.**

DATED:
February 11, 2013__

*/S/John E. McDermott*
HON. JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

　/s/ Michael J. Proctor
MICHAEL J. PROCTOR
CALDWELL LESLIE & PROCTOR

Attorneys For Defendants and
Counterclaim Plaintiffs
AVIS BUDGET GROUP, INC. AND
AVIS BUDGET CAR RENTAL LLC

Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110

- 1 -
[PROPOSED] STIPULATED PROTECTIVE ORDER FOR LITIGATION INVOLVING PATENTS, HIGHLY SENSITIVE CONFIDENTIAL INFORMATION
CV 12-04036 PSG (JEMx)